# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHIRLEY ABEL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:09-CV-971-VEH |
| | ) |
| **ENCORE RECEIVABLE** | ) |
| **MANAGEMENT, INC.,** a | ) |
| Corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The court having received the Joint Stipulation of Dismissal, doc. #10, in this case, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** this the 1st day of September, 2009.

**VIRGINIA EMERSON HOPKINS**
United States District Judge